JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—CENTRAL DIVISION

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>        Plaintiff,<br>  v.<br><br>BUZZ MEDIA, INC.; WWW.HOLLYWOODTUNA.COM, a business form unknown; WWW.WWTDD.COM, a business form unknown; WWW.CELEBSLAM.COM, a business form unknown; WWW.THESUPERFICIAL.COM, a business form unknown; and DOES 1-10 INCLUSIVE,<br><br>        Defendants.<br><br>BUZZMEDIA,<br><br>        Counterclaimant,<br>  v.<br><br>MAVRIX PHOTO, INC., a Florida corporation,<br><br>        Counterdefendant. | Case No. 11-01910 ODW (PLAx)<br><br>**ORDER ON STIPULATION OF ALL PARTIES RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO ALL PARTIES PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)** |

1

1    GOOD CAUSE HAVING BEEN SHOWN, pursuant to the *Stipulation Of All Parties Re Dismissal Of Entire Action With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(ii)* submitted on March __, 2012 by and between Plaintiff and Counterdefendant Mavrix Photo, Inc., and Defendant and Counterclaimant BUZZMEDIA (sued herein as Buzz Media, Inc.), IT IS HEREBY ORDERED AS FOLLOWS:

    1.    This entire action and all claims, counterclaims, demands, causes of action, and defenses asserted in it by (a) Plaintiff and Counterdefendant Mavrix Photo, Inc., and (b) Defendant and Counterclaimant BUZZMEDIA, including all claims, demands, and causes of action asserted by Plaintiff Mavrix Photo, Inc. against the www.thesuperficial.com, www.wwtdd.com, www.hollywoodtuna,com, and www.celebslam.com entities named (but never served) as defendants in this action, is hereby dismissed **with prejudice** pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

    2.    Each party shall bear its own attorneys' fees, expenses, and costs incurred in connection with this action.

    3.    This action is hereby dismissed in its entirety.

Dated: March 20, 2012

*[signature]*

Judge Otis D. Wright II

1  Presented by:

2  Peter R. Afrasiabi (Bar No.193336)
   pafrasiabi@onellp.com
3  **ONE LLP**
   4000 MacArthur Blvd.
4  West Tower, Suite 1100
   Newport Beach, CA  92660
5  Telephone:  (949) 502-2870
   Facsimile:   (949) 258-5081

6

7  _s/ Peter R. Afrasiabi_
   ――――――――――――――――――――
   Attorneys for Plaintiff and Counterdefendant
8              MAVRIX PHOTO, INC.

9  Kent Raygor
   kraygor@sheppardmullin.com
10 **SHEPPARD MULLIN RICHTER &**
   **HAMPTON LLP**
11 1901 Avenue of the Stars, Suite 1600
   Los Angeles, CA  90067-6017
12 Telephone:  (310) 228-3700
   Facsimile:   (310) 228-3701
13

14            _s/ Kent R. Raygor_
   ――――――――――――――――――――
15 Attorneys for Defendants and Counterclaimant
              BUZZMEDIA

3

**ORDER ON STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE**